DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV  89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ) | Case No. 3:14-CV-00134-HDM-VPC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMY LUEDERS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER GRANTING
**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Luther L. Hajek to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Hajek is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government.  Mr. Hajek is an active member in good

1

standing of the bars of Virginia (Bar No. 44129), the District of Columbia (Bar No. 467742) and Colorado (Bar No. 44303).

The following information is provided to the Court:

Luther L. Hajek, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO  80202
Phone: 303-844-1376
Fax: 303-844-1350
Email: Luke.Hajek@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Luther L. Hajek to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 20th day of March, 2014.

DANIEL G. BOGDEN
United States Attorney


*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney


IT IS SO ORDERED:

Dated: March 20, 2014

UNITED STATES DISTRICT JUDGE

2